[No. 3883.]

MASTERS v. CASSELL.

Judgment reversed without more, and the court below directed to dismiss the petition of appellee.

*Error to Denver District Court.* HON. HARRY C. RIDDLE, Judge.

Mr. GEORGE ALLAN SMITH, for plaintiff in error.

Mr. HENRY HOWARD JR., for defendant in error.

CUNNINGHAM, Presiding Judge.

This case has been before the court on a motion to dismiss the writ of error, at which time briefs were filed by both parties. Briefs on the merits have been also filed, and the case has been argued orally. The rules of law applicable to the facts in this case are too familiar to justify the preparation and filing of an opinion, and there are practically no disputed facts.

The trial court clearly committed reversible error, and the judgment will be reversed with instructions to the trial court to dismiss the petition of the defendant in error, Cassell.

*Reversed and Remanded with Directions.*